UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

FELIX ACEVEDO,

        Plaintiff,

  -v-                                          No. 18-CV-0034-LTS-KNF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court has reviewed Magistrate Judge Kevin Nathaniel Fox's November 8, 2018, Report and Recommendation (the "Report") (docket entry no. 14), which recommends that the Court grant Defendant Commissioner of Social Security's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (docket entry no. 12). No objections to the Report have been received.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.S. § 636(b)(1)(C) (LexisNexis 2017). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

        The Court has reviewed carefully Magistrate Judge Fox's thorough and well-reasoned Report and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

This Order resolves docket entry no. 12.

SO ORDERED.

Dated: New York, New York
November 27, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy Mailed To:**
Felix Acevedo
1139 Clay Avenue
Apt. 18
Bronx, NY 10456